**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Michael H. Rosenstein (SBN 169091)
Sepehr Daghighian (SBN 239349)
Brian T. Shippen-Murray (SBN 288188)
10866 Wilshire Boulevard, Suite 1200
Los Angeles, California 90024
Telephone: (310) 872-2600
Facsimile: (310) 730-7377
Attorneys for Plaintiff,
NADA AHMED

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (SBN 271294)
Mehgan Gallagher (SBN 338699)
12100 Wilshire Boulevard, Suite 1070
Los Angeles, California 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA AHMED, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:23-cv-01697-CAS-KES<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge:   Hon. Christina A. Snyder |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Nada Ahmed ("Plaintiff") and Defendant Mercedes-Benz USA, LLC ("Defendant" or "MBUSA") (collectively the "Parties") have reached a settlement as to the underlying claims in the above-referenced matter. However, the Parties have not yet resolved the issue of attorneys' fees and costs, which are available to Plaintiff under Cal. Civ. Code § 1794(d). If the Parties are unable to resolve the fees informally, Plaintiff may present the Court with a fee motion. Defendant agrees to waive the time restriction for filing fee motion.

The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending. Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by a fee motion or an agreement of the Parties, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 days.

IT IS SO STIPULATED.

Dated:   September 24, 2024     **CALIFORNIA CONSUMER ATTORNEYS**

_/s/_ _Michael H. Rosenstein_
Michael H. Rosenstein
Sepehr Daghighian
Attorneys for Plaintiff,
NADA AHMED


Dated:   September 24, 2024     **THETA LAW FIRM, LLP**

*/s/ Mehgan Gallagher*
Mehgan Gallagher
Soheyl Tahsildoost
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Michael H. Rosenstein, Esq. counsel for Plaintiff, and that I have obtained authorization to affix their electronic signature to this document.

THETA LAW FIRM, LLP



By: _____

MEHGAN GALLAGHER
Attorney for Defendant,
**MERCEDES-BENZ USA LLC**