**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Michael H. Rosenstein (SBN 169091)
Sepehr Daghighian (SBN 239349)
Brian T. Shippen-Murray (SBN 288188)
10866 Wilshire Boulevard, Suite 1200
Los Angeles, California 90024
Telephone: (310) 872-2600
Facsimile: (310) 730-7377
Attorneys for Plaintiff,
**NADA AHMED**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (SBN 271294)
Mehgan Gallagher (SBN 338699)
12100 Wilshire Boulevard, Suite 1070
Los Angeles, California 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA AHMED, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 8:23-cv-01697-CAS-KES <br> Judge: Hon. Christina A. Snyder <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff Nada Ahmed and Defendant Mercedes-Benz USA, LLC, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

Respectfully submitted,

Dated: July 11, 2025      **CALIFORNIA CONSUMER ATTORNEYS**

*/s/ Brian T. Shippen-Murray*
Michael H. Rosenstein
Sepehr Daghighian
Brian T. Shippen-Murray
Attorneys for Plaintiff,
**NADA AHMED**

Dated: July 11, 2025      **THETA LAW FIRM, LLP**

*/s/ Mehgan Gallagher*
Soheyl Tahsildoost
Mehgan Gallagher
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mehgan Gallagher counsel for Defendant, and that I have obtained authorization to affix their electronic signature to this document.

Dated: July 11, 2025        **CALIFORNIA CONSUMER ATTORNEYS**

*/s/ Brian T. Shippen-Murray*
Michael H. Rosenstein
Sepehr Daghighian
Brian T. Shippen-Murray
Attorneys for Plaintiff,
**NADA AHMED**