**CLOSED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA AHMED, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:23-cv-01697-CAS-KESx<br>Judge:   Hon. Christina A. Snyder<br><br>**ORDER OF DISMISSAL** |

## STIPULATION TO DISMISS

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 11, 2025      By: _____*Christina A. Snyder*_____

HONORABLE CHRISTINA A. SNYDER
U.S. DISTRICT COURT JUDGE